UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24867-CIV-MORENO

KYLE JOHN ELIKER,

      Plaintiff,

vs.

LAKEVIEW LOAN SERVICING,

      Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
### AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Plaintiff's Motion to Dismiss Without Prejudice **(D.E. 6)**, filed on **January 28, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. The Defendant has neither answered the petition, nor moved for summary judgment. Accordingly, it is

**ADJUDGED** that the Motion is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE** with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). All pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 of January 2020.

                                          FEDERICO A. MORENO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Kyle John Eliker
P.O. Box 41694
Charleston, SC 29423
<u>Pro Se</u>